LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>          Plaintiff,<br>v.<br><br>Quik Stop Markets, Inc., et al.,<br><br>          Defendants. | Case Number 22-9196 JCS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER<br><br>(With regard to Defendant Quik Stop Markets, Inc. only) |

    Plaintiff Richard Sepulveda and Defendant Quik Stop Markets, Inc. ("Quik Stop"), by and through their respective attorneys of record, (hereby stipulate as follows:

1. Plaintiff has entered into a written settlement agreement with Defendant Coast to Coast Property Holdings LLC ("Coast to Coast") and certain other persons and entities that were not named as Parties in this action. Coast to Coast has not filed an Answer or otherwise appeared in this action and will be dismissed separately.

2. During the pendency of this action, Plaintiff was informed by Quik Stop that, in their opinion, Quik Stop was improperly named. Quik Stop stated that it was not an owner, lessor, lessee, or operator of the subject property and therefore, Quik Stop believed that it was improperly named as a defendant in this action.

3. Although Quik Stop is not a signatory to the settlement agreement, Plaintiff agreed in the settlement agreement to dismiss all claims and causes of action against Quik Stop, with prejudice.

1

4. Despite Quik Stop's opinion that it was improperly named in the action, in the interest of resolving this matter without further delay, Plaintiff and Quik Stop stipulate to dismissal of Quik Stop from the action, with prejudice, each of Plaintiff and Quik Stop to bear their own attorneys' fees and costs.

5. Therefore, Plaintiff and Quik Stop jointly request that the Court dismiss this action with prejudice with respect to Quik Stop only.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda                                                                8/7/2023

Squire Patton Boggs (US) LLP – By: Thomas J. Lloyd /s/ Thomas J. Lloyd

Attorney for Defendant Quik Stop Markets, Inc.                                                   8/7/2023

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on August 7, 2023, I, Richard A. Mac Bride, the attorney of record for Plaintiff herein, received the concurrence of attorney Thomas J. Lloyd, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

3

STIPULATION OF DISMISSAL AS TO DEFENDANT QUIK STOP MARKETS, INC. ONLY   22-9196 JCS

[PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That in the action entitled Sepulveda v. Quik Stop Markets, Inc., et al., Case No. C 22-9196 JCS, the defendant Quik Stop Markets, Inc. only is dismissed with prejudice with respect to all counts, with each party to bear his/its own attorney's fees and costs. No other defendant is dismissed at this time.

Date: _____      _____

                                                  Joseph C. Spero

                                                  United States Chief Magistrate Judge