RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

        Plaintiff,

Vs.

Quik Stop Markets, Inc., et al.,

        Defendants.

Case Number 22-9196 JCS

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE regarding defendant Coast to Coast Property Holdings LLC only

Plaintiff Richard Sepulveda, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal with prejudice of this matter as against defendant Coast to Coast Property Holdings LLC only, as to all causes of action, and requests that the clerk of the Court enter the appropriate notation on the Court's docket. There is only one other defendant, Quik Stop Markets, Inc.; a stipulation for dismissal is being filed simultaneously regarding that defendant.

Law Offices of Richard A. Mac Bride

By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda

August 8, 2023

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE – 22-9196 JCS

-1-